

# NUMBER 13-13-00287-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PAULO TREVINO A/K/A PAUL TREVINO
A/K/A PANCHO TREVINO,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Paulo Trevino a/k/a Paul Trevino a/k/a Pancho Trevino, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and

dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for

rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM


Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of August, 2013.